# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 19-16490-AMC

      SEVDIL  AMZAJI

      9410 EVAN STREET

      PHILADELPHIA, PA 19115-

            Debtor

## <u>CERTIFICATE OF SERVICE</u>

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

   Debtor(s), at the address listed, by first class mail.

      SEVDIL  AMZAJI

      9410 EVAN STREET

      PHILADELPHIA, PA 19115-

Counsel for debtor(s), by electronic notice only.

      CHRISTIAN A DICICCO
      2008 CHESTNUT ST

      PHILADELPHIA, PA 19103

                        /S/ William C. Miller

Date: 5/27/2020               _____

                        William C. Miller, Esquire
                        Chapter 13 Standing Trustee