UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    SEVDIL AMZAJI,

            Debtor.

Chapter 13

Bankruptcy No. 19-16490-AMC

\*   \*   \*   \*   \*   \*   \*

## CERTIFICATION OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he received no answer, objection or other responsive pleading to the Motion filed on July 1, 2020. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than July 21, 2020.

It is respectfully requested that the Order attached to the Motion be entered by the Court.

DATED: July 22, 2020

TD AUTO FINANCE, LLC

By Its Counsel

/s/ Martin A. Mooney
Martin A. Mooney, Esq. Attorney ID #315063
SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP
950 New Loudon Road
Suite 109
Latham, New York 12110
Tel (518) 786-9069
E-Mail: MMooney@schillerknapp.com