**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Sevdil Amzaji

                Debtor(s)

Bayview Loan Servicing, LLC, its successors and/or assigns

                Movant

      vs.

Sevdil Amzaji

                Debtor(s)

William C. Miller Esq.

                Trustee

CHAPTER 13

NO. 19-16490 AMC

**PRAECIPE TO WITHDRAW**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Bayview Loan Servicing, LLC, which was filed with the Court on or about **February 12, 2020, docket number 15**.

Respectfully submitted,

By: **/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322
Attorney for Movant/Applicant

August 11, 2020