United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-16490-amc
Sevdil Amzaji                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore        Page 1 of 3             Date Rcvd: Aug 19, 2020
                            Form ID: 152           Total Noticed: 67

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2020.
```
db            +Sevdil Amzaji,    9410 Evans Street,    Philadelphia, PA 19115-4315
14419804       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern  PA 19355-0701
14406122      +Amex,   Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
14406124     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                El Paso, TX 79998)
14406123      +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
14422279      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14406125      +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
14441283      +Bayview Loan Servicing, LLC,    c/o Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
14406127      +Best Buy Co., Inc.,    PO Box 183195,    Columbus, OH 43218-3195
14406128       Best Buy Co., Inc.,    PO Box 17298,    Baltimore, MD 21297-1298
14406130      +Capital One/Neiman Marcus/Bergdorf Goodm,    Attn: Bankruptcy Dept,    Po Box 30285,
                Salt Lake City, UT 84130-0285
14406135      +Citi/Sears,   Citibank/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
14406137      +Citibank,   Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
14406136      +Citibank,   Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
14406138      +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                St Louis, MO 63179-0034
14406141      +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
                Mason, OH 45040-8999
14406145       Dsnb Bloomingdales,    Attn: Recovery 'Bk',    Po Box 9111,    Mason, OH 45040
14416743      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
14406148      +Michael J. Dougherty, Esq.,    170 S. Independence Mall West,    Suite 874 West,
                Philadelphia, PA 19106-3323
14406149      +Michael L. Sanginiti, Esq.,    165 Passaic Avenue, Suite 301B,    Fairfield, NJ 07004-3592
14406151      +NTB/CBSD,   Citi Corp Credit Services Centralized Ba,    Po Box 20507,
                Kansas City, MO 64195-0507
14406152      +Ocwen Loan Servicing,    Attn: Research/Bankruptcy,    1661 Worthington Rd   Ste 100,
                West Palm Beach, FL 33409-6493
14406154      +PNC Bank,   Attn: Bankruptcy Department,    Po Box 94982: Mailstop Br-Yb58-01-5,
                Cleveland, OH 44101-4982
14427906      +PNC Bank NA,    Bankruptcy Department,    PO BOX 94982,    Cleveland, OH 44101-4982
14409345      +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                Attn: Bankruptcy Dept 3F
14406156      +Sirlin, Lesser & Benson, PC,    123 South Broad Street, Suite 2100,    Attn: John C. Sirlin, Esq.,
                Philadelphia, PA 19109-1042
14456399      +TD Auto Finance LLC,    c/o Schiller Knapp Lefkowitz,    & Hertzel LLP,    950 New Loudon Road,
                Latham New York 12110-2100
14406170     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial Services,    Attn: Bankruptcy Dept,    Po Box 8026,
                Cedar Rapids, IA 52409)
14406168      +Td Auto Finance,    Attn: Bankruptcy Dept,    Po Box 9223,    Farmington Hills, MI 48333-9223
14406172      +UniFund CCR, LLC,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846
14406171      +UniFund CCR, LLC,    c/o Demetrios H. Tsarouhis, Esq.,    21 S. 9th Street,
                Allentown, PA 18102-4861
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Aug 20 2020 04:07:41     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 20 2020 04:07:30     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14406126     ++E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 20 2020 04:07:30
                Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce De Leon Blvd. 5th Floor,
                Coral Gables, FL 33146-1873
14442624     ++E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 20 2020 04:07:30
                Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                Coral Gables, FL 33146-1873
14406131       E-mail/Text: MortgageBKSupport@citizensbank.com Aug 20 2020 04:07:07     CCO Mortgage Corp.,
                Attn: Bankruptcy,    10561 Telegraph Rd,    Glen Allen, VA 23059
14418265       E-mail/Text: Bankruptcy.RI@Citizensbank.com Aug 20 2020 04:06:59     Citizens Bank N.A.,
                One Citizens Bank Way,    JCA115,    Johnston, Rhode Island 02919
14406155       E-mail/Text: Bankruptcy.RI@Citizensbank.com Aug 20 2020 04:06:59     RBS Citizens Cc,
                1 Citizens Dr.,    Ms: Rop 15b,    Riverside, RI 02915
14484105       E-mail/Text: megan.harper@phila.gov Aug 20 2020 04:07:41     Water Revenue Bureau,
                c/o City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA  19102-1595
14406129      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 20 2020 04:16:21     Capital One Na,
                Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
```

```
District/off: 0313-2               User: JEGilmore             Page 2 of 3                  Date Rcvd: Aug 19, 2020
                                   Form ID: 152                Total Noticed: 67


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14406139        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 20 2020 04:07:07      Comenity Bank/Express,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
14406140        +E-mail/PDF: creditonebknotifications@resurgent.com Aug 20 2020 04:17:18      Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
14406143         E-mail/Text: mrdiscen@discover.com Aug 20 2020 04:06:59      Discover Bank,
                 6500 New Albany Road,    New Albany, OH 43054
14406144         E-mail/Text: mrdiscen@discover.com Aug 20 2020 04:06:59      Discover Financial,
                 Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
14406142        +E-mail/Text: mrdiscen@discover.com Aug 20 2020 04:06:59      Discover Bank,  DB Servicing Corp.,
                 PO Box 3025,   New Albany, OH 43054-3025
14406132         E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 20 2020 04:17:10      Chase Card Services,
                 Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850
14406133         E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 20 2020 04:16:20      Chase Card Services,
                 Attn: Correspondence/Bankruptcy,    Po Box 15298,    Wilminton, DE 19850
14406134         E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 20 2020 04:16:20      Chase Mortgage,
                 Mail Code: OH4-7302,    Po Box 24696,    Columbus, OH 43224
14406146        +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 20 2020 04:15:46      LVNV Funding, LLC,
                 625 Pilot Road, Suite 3,    Las Vegas, NV 89119-4485
14412737         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 20 2020 04:15:50      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14406147        +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 20 2020 04:15:51
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
14406150        +E-mail/Text: bnc@nordstrom.com Aug 20 2020 04:07:02      Nordstrom FSB,   Attn: Bankruptcy,
                 Po Box 6555,   Englewood, CO 80155-6555
14435983         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 20 2020 04:15:42
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14406153         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 20 2020 04:07:20
                 Pennsylvania Department of Revenue,    P.O. Box 280946,    Bankruptcy Department,
                 Harrisburg, PA 17128-0846
14413691         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 20 2020 04:07:20
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14406157        +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2020 04:17:09      Syncb/hhgreg,   Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
14406158        +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2020 04:15:41      Synchrony Bank,
                 Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14406159        +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2020 04:16:19      Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
14406160        +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2020 04:15:39      Synchrony Bank/Amazon,
                 Attn:  Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14406161        +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2020 04:15:39      Synchrony Bank/American Eagle,
                 Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14406162        +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2020 04:17:08      Synchrony Bank/Gap,
                 Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14406163        +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2020 04:15:41      Synchrony Bank/Lowes,
                 Attn:  Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14406164        +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2020 04:17:10      Synchrony Bank/PC Richard,
                 Attn:  Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14406165        +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2020 04:16:19      Synchrony Bank/Sams Club,
                 Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14406166        +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2020 04:15:40      Synchrony Bank/TJX,
                 Attn:  Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14406167        +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2020 04:16:19      Synchrony Bank/TJX,
                 Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14406169         E-mail/Text: bankruptcy@td.com Aug 20 2020 04:07:24      TD Bank,   1701 Route 70 East,
                 Cherry Hill, NJ 08034
                                                                                              TOTAL: 36

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
14456402*       +TD Auto Finance LLC,    c/o Schiller Knapp Lefkowitz,   & Hertzel LLP,   950 New Loudon Road,
                 Latham New York 12110-2100
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-2          User: JEGilmore          Page 3 of 3          Date Rcvd: Aug 19, 2020
                              Form ID: 152             Total Noticed: 67
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2020 at the address(es) listed below:
          CHRISTIAN A. DICICCO    on behalf of Debtor Sevdil  Amzaji cdicicco@myphillybankruptcylawyer.com,
           christianadicicco@gmail.com;r57075@notify.bestcase.com
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
           ecfemails@ph13trustee.com
          MARTIN A. MOONEY    on behalf of Creditor   TD Auto Finance LLC lgadomski@schillerknapp.com,
           kcollins@schillerknapp.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                          TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Sevdil Amzaji
    Debtor(s)

Case No: 19–16490–amc
Chapter: 13

___

## *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 10/27/20 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

34
Form 152