# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                              Chapter 13

    SEVDIL  AMZAJI                                    Bankruptcy No. 19-16490-AMC

    9410 EVAN STREET

    PHILADELPHIA, PA 19115-

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    SEVDIL  AMZAJI

    9410 EVAN STREET

    PHILADELPHIA, PA 19115-

**Counsel for debtor(s), by electronic notice only.**
    CHRISTIAN A DICICCO
    2008 CHESTNUT ST

    PHILADELPHIA, PA 19103

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 8/25/2020                                                                              /s/ William C. Miller

                                                                                                       _____
                                                                                                        William C. Miller, Esquire
                                                                                                        Chapter 13 Standing Trustee