United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-16490-amc
Sevdil Amzaji  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 4
Date Rcvd: Mar 09, 2021  Form ID: 155  Total Noticed: 65

The following symbols are used throughout this certificate:
**Symbol   Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sevdil Amzaji, 9410 Evans Street, Philadelphia, PA 19115-4315 |
| 14419804 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14406122 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14406124 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998 |
| 14406123 | + | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14422279 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14406125 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14406126 | + | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 14441283 | + | Bayview Loan Servicing, LLC, c/o Rebecca A. Solalrz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, Pa 19106-1541 |
| 14406127 | + | Best Buy Co., Inc., PO Box 183195, Columbus, OH 43218-3195 |
| 14406128 | | Best Buy Co., Inc., PO Box 17298, Baltimore, MD 21297-1298 |
| 14416743 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14406148 | + | Michael J. Dougherty, Esq., 170 S. Independence Mall West, Suite 874 West, Philadelphia, PA 19106-3323 |
| 14406149 | + | Michael L. Sanginiti, Esq., 165 Passaic Avenue, Suite 301B, Fairfield, NJ 07004-3592 |
| 14406151 | + | NTB/CBSD, Citi Corp Credit Services Centralized Ba, Po Box 20507, Kansas City, MO 64195-0507 |
| 14406152 | + | Ocwen Loan Servicing, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 14409345 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14406156 | + | Sirlin, Lesser & Benson, PC, 123 South Broad Street, Suite 2100, Attn: John C. Sirlin, Esq., Philadelphia, PA 19109-1042 |
| 14456399 | + | TD Auto Finance LLC, c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2190 |
| 14406170 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 14406168 | + | Td Auto Finance, Attn: Bankruptcy Dept, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 14406172 | + | UniFund CCR, LLC, 10625 Techwoods Circle, Cincinnati, OH 45242-2846 |
| 14406171 | + | UniFund CCR, LLC, c/o Demetrios H. Tsarouhis, Esq., 21 S. 9th Street, Allentown, PA 18102-4861 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14442624 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 10 2021 02:12:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1873 |
| 14406131 | | Email/Text: MortgageBKSupport@citizensbank.com | Mar 10 2021 02:12:00 | CCO Mortgage Corp., Attn: Bankruptcy, 10561 Telegraph Rd, Glen Allen, VA 23059 |
| 14418265 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 10 2021 02:11:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, Rhode Island 02919 |
| 14406155 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 10 2021 02:11:00 | RBS Citizens Cc, 1 Citizens Dr., Ms: Rop 15b, Riverside, RI 02915 |
| 14484105 | | Email/Text: megan.harper@phila.gov | Mar 10 2021 02:12:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14406129 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 10 2021 01:53:13 | Capital One Na, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14406130 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 10 2021 01:53:13 | Capital One/Neiman Marcus/Bergdorf Goodm, Attn: Bankruptcy Dept, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14406135 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2021 01:52:02 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14406136 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2021 01:51:59 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14406137 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2021 01:50:32 | Citibank, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14406138 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2021 01:51:52 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14406139 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 10 2021 02:12:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14553002 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 10 2021 02:12:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 14406140 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 10 2021 01:50:16 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14406143 | | Email/Text: mrdiscen@discover.com | Mar 10 2021 02:12:00 | Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 14406144 | | Email/Text: mrdiscen@discover.com | Mar 10 2021 02:12:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14406141 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2021 01:50:32 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14406142 | + | Email/Text: mrdiscen@discover.com | Mar 10 2021 02:12:00 | Discover Bank, DB Servicing Corp., PO Box 3025, New Albany, OH 43054-3025 |
| 14406132 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 10 2021 01:51:43 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14406133 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 10 2021 01:51:43 | Chase Card Services, Attn: Correspondence/Bankruptcy, Po Box 15298, Wilminton, DE 19850 |
| 14406134 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 10 2021 01:51:43 | Chase Mortgage, Mail Code: OH4-7302, Po Box 24696, Columbus, OH 43224 |
| 14412737 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2021 01:50:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14406146 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2021 01:53:15 | LVNV Funding, LLC, 625 Pilot Road, Suite 3, Las Vegas, NV 89119-4485 |
| 14406147 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2021 01:50:18 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14406150 | + | Email/Text: bnc@nordstrom.com | Mar 10 2021 02:12:55 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14406154 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 10 2021 02:12:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14427906 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 10 2021 02:12:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 14435983 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 10 2021 01:50:17 | Portfolio Recovery Associates, LLC, POB 41067, |

(first row continued at top): Blvd., 5th Floor, Philadelphia, PA 19102-1595

Case 19-16490-amc    Doc 57    Filed 03/11/21    Entered 03/12/21 03:26:40    Desc Imaged
                               Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 09, 2021 | Form ID: 155 | Total Noticed: 65 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Norfolk VA 23541 |
| 14406153 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 10 2021 02:12:00 | Pennsylvania Department of Revenue, P.O. Box 280946, Bankruptcy Department, Harrisburg, PA 17128-0846 |
| 14413691 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 10 2021 02:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14406157 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2021 01:51:41 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14406158 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2021 01:51:41 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14406159 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2021 01:50:13 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14406160 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2021 01:50:13 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14406161 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2021 01:53:11 | Synchrony Bank/American Eagle, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14406162 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2021 01:51:41 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14406163 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2021 01:51:41 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14406164 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2021 01:51:41 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14406165 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2021 01:51:42 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14406166 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2021 01:51:41 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14406167 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2021 01:53:11 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14406169 | | Email/Text: bankruptcy@td.com | Mar 10 2021 02:12:00 | TD Bank, 1701 Route 70 East, Cherry Hill, NJ 08034 |

TOTAL: 42

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14406145 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 14456402 | *+ | TD Auto Finance LLC, c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2190 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0313-2   User: admin   Page 4 of 4
Date Rcvd: Mar 09, 2021   Form ID: 155   Total Noticed: 65

Date: Mar 11, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTIAN A. DICICCO | on behalf of Debtor Sevdil Amzaji cdicicco@myphillybankruptcylawyer.com christianadicicco@gmail.com;r57075@notify.bestcase.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| MARTIN A. MOONEY | on behalf of Creditor TD Auto Finance LLC lgadomski@schillerknapp.com kcollins@schillerknapp.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Bayview Loan Servicing LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Sevdil Amzaji
      Debtor(s)                                    Chapter: 13

                                                             Bankruptcy No: 19−16490−amc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this March 9, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                           Ashely M. Chan
                                                                           Judge ,
                                                                           United States Bankruptcy Court