Certificate Number: 05781-PAE-DE-035978931

Bankruptcy Case Number: 19-16490



05781-PAE-DE-035978931

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 9, 2021, at 12:34 o'clock PM PDT, Sevdil Amzaji completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: September 9, 2021        By:    /s/Allison M Geving

                               Name:  Allison M Geving

                               Title: President