United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-16490-amc

Sevdil Amzaji     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: May 15, 2023     Form ID: pdf900     Total Noticed: 4

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sevdil Amzaji, 9410 Evans Street, Philadelphia, PA 19115-4315 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | May 16 2023 00:07:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 16 2023 00:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | Email/Text: nsm_bk_notices@mrcooper.com | May 16 2023 00:07:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | TD Bank, N.A., successor in interest to TD Auto Fi |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 17, 2023     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2023 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 15, 2023 | Form ID: pdf900 | Total Noticed: 4 |

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor COMMUNITY LOAN SERVICING LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Bayview Loan Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor Nationstar Mortgage LLC ldoyle@logs.com cistewart@logs.com;LOGSECF@logs.com |
| MARTIN A. MOONEY | on behalf of Creditor TD Auto Finance LLC Martin.Mooney@ag.ny.gov kcollins@schillerknapp.com |
| MATTHEW K. FISSEL | on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com matthew.fissel@brockandscott.com |
| RONALD G. MCNEIL, Esquire | on behalf of Debtor Sevdil Amzaji r.mcneil1@verizon.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

1 Amzaji Stipulation Bankruptcy Case # 19-16490 - AMC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sevdil Amzaji<br>        Debtor, | BANKRUPTCY CASE NUMBER<br>19-16490 - AMC |
| Nationstar Mortgage LLC as servicer for<br>Nationstar Mortgage LLC<br>        Movant.<br>v. | CHAPTER 13<br><br>11 U.S.C. § 362 |
| Sevdil Amzaji<br>        Debtor/Respondent, | |
| Kenneth E. West, Office of the Chapter 13<br>Standing Trustee, Trustee<br>        Additional Respondent. | |

## STIPULATION AND ORDER

AND NOW, in consideration of the mutual promises and agreements set forth below, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, it is hereby stipulated and agreed to by and between the undersigned as follows:

1. This Stipulation shall govern all post-petition payments due and owing to Movant, including those that fall due after the arrears, as set forth below, are cured.

2. The post-petition arrearages on the mortgage held by Movant on Debtor's property at 9410 Evans Street, Philadelphia, PA 19115 (the "Property"), are $3,300.09. The breakdown of the arrears is as follows:

| | |
|---|---:|
| Post-Payments from 04/01/2023 to 04/31/2023 at $2,230.90 each | $2,230.90 |
| Suspense Balance | $(168.81) |
| Bankruptcy Fees | $1,050.00 |
| Bankruptcy Costs | $188.00 |

2 Amzaji Stipulation Bankruptcy Case # 19-16490 - AMC

    3.    If Debtor provides proof of negotiated payments not already credited, they will receive credit for those payments.

    4.    Debtor shall cure the arrearages in the following manner:

    (a)    Movant shall apply $168.81 from Debtor Suspense to the arrearage balance;

    (b)    The balance of the arrears, to-wit, $3,300.09, shall be cured by the Debtor in three (3) consecutive payments commencing on May 15, 2023. The Debtor shall pay the sum of $1,100.03 for three (3) consecutive months until the arrears are cured, together with the regular monthly mortgage payment.

    (c)    Debtor shall resume making the regular monthly mortgage payments on May 1, 2023 in the amount of $2,230.90, or as same may be adjusted from time to time.

    (d)    Should Debtor's regular monthly payment amount change, Debtor shall be notified of such change, and the monthly payment amount due under the terms of the Stipulation shall change accordingly;

    (e)    All payments to Movant shall include the Loan No. written on the face thereof, and shall be made directly to Attention: Nationstar Mortgage Bankruptcy Department, PO Box 619094 Dallas, TX 75261-9741;

    (f)    All payments made pursuant to this Stipulation and Order shall be applied first to reimburse Movant for its attorneys' fees and costs (as provided for above) in connection with this motion. All further payments will be applied to the arrears and/or monthly payments in the manner prescribed by the Mortgage and Note.

    1.    In the event that Debtor fails to make any of the payments set forth above, Movant shall notify Debtor and Debtor's attorney of the default in writing and Debtor may cure the default within 15 days of the notice. If the default continues to the following month, the

Debtor shall include funds to cure that month's default as well. If Debtor should fail to cure the default within 15 days, Movant may file a Certification of Default with the Court, and upon the filing of the Certification, Debtor consents to the Court entering an Order granting Movant relief from the Automatic Stay.

2. In the event the instant bankruptcy case is converted to a case under Chapter 7, this shall constitute a default under the terms of this Stipulation. Debtor shall cure the pre-petition and post-petition arrears within ten (10) days from the date of conversion. Should the Debtor fail to cure the arrears within ten (10) days from the date of conversion, counsel for Movant may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the automatic stay as to the Property.

3. Debtor understands that should Movant be forced to provide a written Notice of Default of this Stipulation, that Debtor shall be responsible for any reasonable attorney fees of $100.00 per Notice of Default and $200.00 per Certification of Default incurred by Movant as a result of preparation of same.

4. Debtor agrees that the Court may waive Rule 4001(a)(3), permitting Movant to immediately implement and enforce the Court's order.

The parties request that this Honorable Court approve this stipulation.

Dated: May 10, 2023        /s/Lorraine Gazzara Doyle
                           Christopher A. DeNardo 78447
                           Lorraine Gazzara Doyle 34576
                           Attorney for Movant

Dated: May 8, 2023
                           Ronald G. McNeil, Esquire, McNeil Legal services
                           Attorney for Debtor

4 Amzaji Stipulation Bankruptcy Case # 19-16490 - AMC

Dated: 05/09/2023                              /s/Kenneth E. West, with express permission
_____    _____
                                                         Kenneth E. West, Office of the Chapter 13 Standing
                                                         Trustee
                                                         Trustee

AND NOW, this ___15th___ day of ___May___, 2023, it is hereby ORDERED that the foregoing Stipulation is approved, shall be, and is made an Order of this Court.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE