IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sevdil Amzaji<br>　　Debtor, | BANKRUPTCY CASE NUMBER<br>19-16490 - AMC |
| Nationstar Mortgage LLC<br>　　Movant.<br>v. | CHAPTER 13 |
| Sevdil Amzaji<br>　　Debtor/Respondent, | |
| Kenneth E. West, Office of the Chapter 13<br>Standing Trustee, Trustee<br>　　Additional Respondent. | |

## MOTION TO WITHDRAW

To The Clerk, United States Bankruptcy Court:

　　Kindly withdraw, without prejudice, Movant, Nationstar Mortgage LLC's Certification of Default filed with the Court on November 22, 2023, Docket No. 81.

*/s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
Heather Riloff - 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sevdil Amzaji<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>19-16490 - AMC |
| Nationstar Mortgage LLC<br>    Movant.<br>v. | CHAPTER 13 |
| Sevdil Amzaji<br>    Debtor/Respondent, | |
| Kenneth E. West, Office of the Chapter 13<br>Standing Trustee, Trustee<br>    Additional Respondent. | |

## ORDER

AND NOW, this _____ day of _____, 2023, upon consideration of the Movant's Certification of Default filed with the Court on November 22, 2023, it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that the hearing scheduled for January 2, 2024 is CANCELLED.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sevdil Amzaji<br>　　　Debtor, | BANKRUPTCY CASE NUMBER<br>19-16490 - AMC |
| Nationstar Mortgage LLC<br>　　　Movant.<br>v. | CHAPTER 13 |
| Sevdil Amzaji<br>　　　Debtor/Respondent, | |
| Kenneth E. West, Office of the Chapter 13<br>Standing Trustee, Trustee<br>　　　Additional Respondent. | |

**CERTIFICATE OF SERVICE**

　　　I, Christopher A. DeNardo, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Withdrawal by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 6th day of December, 2023:

Sevdil Amzaji
9410 Evans Street
Philadelphia, PA 19115

Barija Amzaji
9410 Evans Street
Philadelphia, PA 19115

Ronald G. McNeil, Esquire, McNeil Legal services
1333 Race Street
Philadelphia, PA 19107
r.mcneil1@verizon.net - VIA ECF

Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com - VIA ECF

　　　I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
Heather Riloff - 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com