IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sevdil Amzaji<br>    Debtor,<br><br>Nationstar Mortgage LLC<br>    Movant.<br>v.<br><br>Sevdil Amzaji<br>    Debtor/Respondent,<br><br>Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>19-16490 - AMC<br><br>CHAPTER 13<br><br>11 U.S.C. § 362 |

## CERTIFICATION OF DEFAULT

The undersigned, Attorney for Movant, certifies that Debtor has defaulted upon the terms of this Court's Stipulation and Order dated May 15, 2023. It is further certified that the attached notice, marked as Exhibit "A," was served upon the Debtor and Debtor's Attorney on February 5, 2024. The Debtor has failed to cure the default as set forth in the Notice. The Debtor has failed to make the following payments:

Regular payments of $2,323.31 from December 1, 2023 through February 1, 2024  $6,969.93;
Attorney Fees associated with this default                                                                                $300.00
Less Debtor's Suspense                                                                                                         $(1,254.12)
**TOTAL DEFAULT**                                                                                                              $6,015.81

Accordingly, pursuant to the Stipulation and Order, Movant respectfully requests this Court to enter the attached Order granting Movant relief from the automatic stay.

                                            Respectfully submitted,

Dated: February 27, 2024    By: */s/ Christopher A. DeNardo*
                                                        Christopher A. DeNardo 78447
                                                        Heather Riloff - 309906
                                                        Leslie J. Rase, 58365
                                                        LOGS Legal Group LLP
                                                        985 Old Eagle School Road, Suite 514
                                                        Wayne, PA 19087
                                                        (610) 278-6800
                                                        logsecf@logs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sevdil Amzaji<br>　　Debtor, | BANKRUPTCY CASE NUMBER<br>19-16490 - AMC |
| Nationstar Mortgage LLC<br>　　Movant.<br>v. | CHAPTER 13<br><br>11 U.S.C. § 362 |
| Sevdil Amzaji<br>　　Debtor/Respondent, | |
| Kenneth E. West, Office of the Chapter 13<br>Standing Trustee, Trustee<br>　　Additional Respondent. | |

**O R D E R**

　　AND NOW, this _____ day of _____, 2024, after notice to all required parties and certification of default under the terms of this Court's Order of May 15, 2023 it is

　　ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with, or to resume proceedings in Mortgage Foreclosure, including, but not limited to Sheriff's or Marshal's Sale of 9410 Evans Street, Philadelphia, PA 19115; and to take action, by suit or otherwise as permitted by law, in its own name or the names of its assignee, to obtain possession of said premises; and it is

　　FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE ASHELY M. CHAN
　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sevdil Amzaji<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>19-16490 - AMC |
| Nationstar Mortgage LLC<br>    Movant.<br>v. | CHAPTER 13 |
| Sevdil Amzaji<br>    Debtor/Respondent, | 11 U.S.C. § 362 |
| Kenneth E. West, Office of the Chapter 13<br>Standing Trustee, Trustee<br>    Additional Respondent. | |

## CERTIFICATE OF SERVICE

    I, Christopher A. DeNardo, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Certification of Default by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 27th day of February, 2024:

Sevdil Amzaji
9410 Evans Street
Philadelphia, PA 19115

Barija Amzaji
9410 Evans Street
Philadelphia, PA 19115

Ronald G. McNeil, Esquire, McNeil Legal services
1333 Race Street
Philadelphia, PA 19107
r.mcneil1@verizon.net - VIA ECF

Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com - VIA ECF

    I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
Heather Riloff - 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com