United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-16490-amc |
| Sevdil Amzaji | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Dec 06, 2024 | Form ID: 138OBJ | Total Noticed: 72 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sevdil Amzaji, 9410 Evans Street, Philadelphia, PA 19115-4315 |
| 14441283 | + | Bayview Loan Servicing, LLC, c/o Rebecca A. Solalrz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, Pa 19106-1541 |
| 14406127 | + | Best Buy Co., Inc., PO Box 183195, Columbus, OH 43218-3195 |
| 14406131 | ++ | CCO MORTGAGE CORP, 10561 TELEGRAPH RD, GLEN ALLEN VA 23059-4577 address filed with court:, CCO Mortgage Corp., Attn: Bankruptcy, 10561 Telegraph Rd, Glen Allen, VA 23059 |
| 14406149 | + | Michael L. Sanginiti, Esq., 165 Passaic Avenue, Suite 301B, Fairfield, NJ 07004-3592 |
| 14720083 | + | Nationstar Mortgage LLC, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |
| 14406156 | + | Sirlin, Lesser & Benson, PC, 123 South Broad Street, Suite 2100, Attn: John C. Sirlin, Esq., Philadelphia, PA 19109-1042 |
| 14456399 | + | TD Auto Finance LLC, c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2190 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 07 2024 00:56:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14419804 | | Email/PDF: bncnotices@becket-lee.com | Dec 07 2024 01:08:48 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14406122 | + | Email/PDF: bncnotices@becket-lee.com | Dec 07 2024 00:49:09 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14406124 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 07 2024 00:55:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 14406123 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 07 2024 00:55:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14422279 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 07 2024 00:55:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14406125 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 07 2024 00:55:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14406126 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Dec 07 2024 00:55:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 14442624 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Dec 07 2024 00:55:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1837 |
| 14406128 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Dec 07 2024 00:55:00 | Best Buy Co., Inc., PO Box 17298, Baltimore, MD 21297-1298 |
| 14418265 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 07 2024 00:55:00 | Citizens Bank N.A., One Citizens Bank Way, |

Case 19-16490-amc    Doc 101    Filed 12/08/24    Entered 12/09/24 00:34:45    Desc
Imaged Certificate of Notice    Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 06, 2024 | Form ID: 138OBJ | Total Noticed: 72 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | JCA115, Johnston, Rhode Island 02919 |
| 14406155 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 07 2024 00:55:00 | RBS Citizens Cc, 1 Citizens Dr., Ms: Rop 15b, Riverside, RI 02915 |
| 14484105 | | Email/Text: megan.harper@phila.gov | Dec 07 2024 00:56:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14406129 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 07 2024 01:09:56 | Capital One Na, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14406130 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 07 2024 01:09:45 | Capital One/Neiman Marcus/Bergdorf Goodm, Attn: Bankruptcy Dept, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14406135 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 07 2024 00:48:56 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14406136 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 07 2024 00:47:31 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14406137 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 07 2024 00:29:57 | Citibank, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14406138 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 07 2024 00:29:55 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14406139 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 07 2024 00:55:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14553002 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 07 2024 00:55:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 14406140 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 07 2024 00:48:22 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14406143 | | Email/Text: mrdiscen@discover.com | Dec 07 2024 00:55:00 | Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 14406144 | | Email/Text: mrdiscen@discover.com | Dec 07 2024 00:55:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14406141 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 07 2024 00:47:30 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14406145 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 07 2024 00:29:32 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 14406142 | + | Email/Text: mrdiscen@discover.com | Dec 07 2024 00:55:00 | Discover Bank, DB Servicing Corp., PO Box 3025, New Albany, OH 43054-3025 |
| 14406132 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 07 2024 00:29:21 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14406133 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 07 2024 00:49:09 | Chase Card Services, Attn: Correspondence/Bankruptcy, Po Box 15298, Wilminton, DE 19850 |
| 14406134 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 07 2024 00:47:31 | Chase Mortgage, Mail Code: OH4-7302, Po Box 24696, Columbus, OH 43224 |
| 14416743 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 07 2024 00:55:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14412737 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 07 2024 00:31:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14406146 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 07 2024 00:31:01 | LVNV Funding, LLC, 625 Pilot Road, Suite 3, Las Vegas, NV 89119-4485 |
| 14406147 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 07 2024 00:29:25 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14406148 | + | Email/Text: PHILAW@weltman.com | Dec 07 2024 00:55:00 | Michael J. Dougherty, Esq., 170 S. Independence Mall West, Suite 874 West, Philadelphia, PA 19106-3323 |
| 14778254 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 07 2024 00:55:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14406151 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 07 2024 00:46:55 | NTB/CBSD, Citi Corp Credit Services Centralized Ba, Po Box 20507, Kansas City, MO 64195-0507 |
| 14778253 | ^ | MEBN | Dec 07 2024 00:09:14 | Nationstar Mortgage LLC, C/O Matthew K. Fissel, Brock and Scott, PLLC, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14406150 | + | Email/Text: bnc@nordstrom.com | Dec 07 2024 00:55:58 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14406152 | + | Email/Text: BKEBN-Notifications@ocwen.com | Dec 07 2024 00:55:00 | Ocwen Loan Servicing, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 14406154 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 07 2024 00:55:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14427906 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 07 2024 00:55:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 14435983 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 07 2024 00:31:06 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14406153 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 07 2024 00:56:00 | Pennsylvania Department of Revenue, P.O. Box 280946, Bankruptcy Department, Harrisburg, PA 17128-0846 |
| 14413691 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 07 2024 00:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14409345 | ^ | MEBN | Dec 07 2024 00:08:53 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14890930 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 07 2024 00:55:00 | Rushmore Servicing, Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14406157 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 07 2024 00:29:51 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14406158 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 07 2024 00:48:50 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14406159 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 07 2024 00:47:22 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14406160 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 07 2024 00:29:57 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14406161 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 07 2024 00:48:38 | Synchrony Bank/American Eagle, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14406162 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 07 2024 00:29:51 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14406163 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 07 2024 00:47:52 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14406164 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 07 2024 00:47:04 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14406165 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 07 2024 00:30:57 | Synchrony Bank/Sams Club, Attn: Bankruptcy |

Case 19-16490-amc   Doc 101   Filed 12/08/24   Entered 12/09/24 00:34:45   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 06, 2024 | Form ID: 138OBJ | Total Noticed: 72 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14406166 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 07 2024 00:48:47 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14406167 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 07 2024 01:09:57 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14684742 | + | Email/Text: jaxbanko@td.com | Dec 07 2024 00:55:00 | TD Auto Finance LLC, c/o Jacob Zweig, Esq, Evans Petree PC, 1715 Aaron Brenne Drive, Suite 800, Memphis, TN 38120-1445 |
| 14406169 | | Email/Text: bankruptcy@td.com | Dec 07 2024 00:56:00 | TD Bank, 1701 Route 70 East, Cherry Hill, NJ 08034 |
| 14406168 | + | Email/Text: jaxbanko@td.com | Dec 07 2024 00:55:00 | Td Auto Finance, Attn: Bankruptcy Dept, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 14406170 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 07 2024 00:55:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 14406172 | | Email/Text: bankruptcy@unifund.com | Dec 07 2024 00:55:00 | UniFund CCR, LLC, 10625 Techwoods Circle, Cincinnati, OH 45242 |
| 14406171 | + | Email/Text: dht@pacollections.com | Dec 07 2024 00:55:00 | UniFund CCR, LLC, c/o Demetrios H. Tsarouhis, Esq., 21 S. 9th Street, Allentown, PA 18102-4861 |

TOTAL: 64

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14456402 | *+ | TD Auto Finance LLC, c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2190 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2024          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Bayview Loan Servicing  LLC bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor COMMUNITY LOAN SERVICING  LLC bkgroup@kmllawgroup.com |

| District/off: 0313-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Dec 06, 2024 | Form ID: 138OBJ | Total Noticed: 72 |

JACK K. MILLER
    on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

MARTIN A. MOONEY
    on behalf of Creditor TD Auto Finance LLC Martin.Mooney@ag.ny.gov kcollins@schillerknapp.com

MATTHEW K. FISSEL
    on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com matthew.fissel@brockandscott.com

RONALD G. MCNEIL, Esquire
    on behalf of Debtor Sevdil Amzaji r.mcneil@verizon.net

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

Form 138OBJ (6/24)−doc 100 − 97

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Sevdil Amzaji )   Case No. 19−16490−amc
 )
 )
   Debtor(s). )   Chapter: 13
 )
 )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        Eastern District of Pennsylvania
        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: December 6, 2024                                                          For The Court

                                                                               Timothy B. McGrath
                                                                                Clerk of Court