# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sevdil Amzaji<br>　　　　　　　　　Debtor(s)<br><br>COMMUNITY LOAN SERVICING, LLC<br>　　　　　　　　　Movant<br>vs.<br><br>Sevdil Amzaji<br>　　　　　　　　　Debtor(s)<br><br>Kenneth E. West Esq.,<br>　　　　　　　　　Trustee | BK NO. 19-16490 AMC<br><br>Chapter 13<br><br>Related to Claim No. 14-1 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 20, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Sevdil Amzaji
9410 Evans Street
Philadelphia, PA 19115

Attorney for Debtor(s)
Christian A. Dicicco, Law Offices of Christian A. DiCicco
2008 Chestnut Street
Philadelphia, PA 19103

Trustee
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: May 20, 2022

　　　　　　　　　　　　　　　　　　　　　**/s/Rebecca A. Solarz Esquire**
　　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz Esquire
　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　215-825-6327
　　　　　　　　　　　　　　　　　　　　　rsolarz@kmllawgroup.com